Commonwealth ex rel. Friedman *v.* Friedman, Appellant.

Argued March 22, 1976. *Albert Friedman*, appellant, *in propria persona; Florence Friedman*, appellee, *in propria persona.*

Order affirmed.